UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1044** |
| **ORLEANS PARISH PRISON** | **SECTION: "D"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation[1], hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this __4th__ day of ____October____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that objections to the Magistrate Judge's Report and Recommendation were due by August 27, 2021. This area was struck by Hurricane Ida on August 29, 2021 and the Chief Judge issued General Order 21-12, extending deadlines to September 27, 2021. Further, because of plaintiff's pro se status, this Court has allowed an additional week beyond the already extended deadline of September 27, 2021.